UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>JESSICA ROJAS ESCOBAR<br><br>DEBTOR (S) | CASE NO. 15-01588-BKT<br><br>CHAPTER 13 |

TRUSTEE'S MOTION REQUESTING
ORDER OF DISMISSAL BE ENTERED

NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

1. On Apr 12, 2016 the herein-appearing Trustee filed a Motion requesting the Dismissal of the present case (DKT # 22 ). Pursuant to General Order 97-01, with said motion a notice was given to the debtor, creditors and parties in interest, that unless a written opposition was filed within 30 days, the Court could grant the Trustee's request without further hearing.

2. As of today, 132 days have elapsed since the date the above referred motion was filed and no opposition has been filed by the above mentioned debtor(s), nor any other party. Therefore, the Trustee requests that an order dismissing the present case be entered.

WHEREFORE the Trustee respectfully prays that this motion be granted and that an order dismissing this case be entered forthwith for the reasons herein set forth.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to: Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

In San Juan, Puerto Rico this Monday, August 22, 2016.

/s/ Jose R. Carrion
JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Sta.
San Juan, P.R. 00902-3884
Tel (787)977-3535   FAX (787)977-3550