IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JESSICA ROJAS ESCOBAR

DEBTOR

CASE NO 16-02766 BKT

CHAPTER 13

**DEBTOR'S REPLY TO *TRUSTEE'S MOTION REQUESTING ORDER OF DISMISSAL BE ENTERED* Dkt. #28**

TO THE HONORABLE COURT:

COMES NOW, **JESSICA ROJAS ESCOBAR,** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. On April 12, 2016, the Chapter Trustee filed a *Trustee's Motion to Dismiss*, docket no. 22, basically stating that the debtor had incurred in arrears in the confirmed Plan payments in the above captioned case.

2. On May 12, 2016, the debtor filed a *Reply* to the Trustee's motion for dismissal, docket entry #23, stating that the debtor had made a partial Plan payment and requesting additional time to cure the balance on the Plan arrears, which motion was granted by this Honorable Court, docket entry #24, granting debtor thirty (30) days to cure the Plan arrears and inform the Court of having cured the Plan payments in arrears.

3. On June 15, 2016, the Chapter 13 Trustee filed a report regarding the status of the Chapter 13 Plan payments docket entry #26, stating that the debtor was still in arrears in the Plan payments, in the above captioned case.

4. On that same date, June 15, 2016, the debtor filed an informative motion stating that the debtor had cured the Plan arrears with the Trustee, docket entry #27.

Page – 2 -
Debtor's Informative Motion
Re: Plan Arrears
Case no. 15-01588 BKT13

5. Notwithstanding, on August 22, 2016, the Chapter 13 Trustee filed a motion requesting entry of dismissal Order, stating that the debtor had not filed an opposition to the Trustee's request for dismissal, docket entry #28, in the above captioned case.

6. The debtor hereby respectfully opposes the Trustee's request for entry of dismissal order stating that the debtor did file a timely reply to the Trustee's motion for dismissal, docket no. 22 and 23, in the above captioned case.

7. The debtor respectfully informs this Honorable Court on this same date, September 02, 2016, a *Trustee's Financial Report* reflects Plan arrears in the sum of $1,000.00, in the above captioned case.

8. The debtor respectfully states that on September 01, 2016, the debtor sent the Chapter 13 Trustee, via regular US Mail, a $500.00 payment through a postal money order #19714395284, which payment partially cures the actual Plan arrears with the Trustee. Attached is evidence of the 09/01/2016 payment.

9. The debtor respectfully requests additional time to cure the balance on the Plan arrears in the sum of $500.00 or 1.25 payments in arrears. The debtor proposes to cure the Plan arrears within thirty (30) days and inform the Court, accordingly. This extension of time to expire on October 03, 2016.

**WHEREFORE**, the debtor respectfully requests this Honorable Court be informed of the above stated in reply to the *Trustee's Motion Requesting Order of Dismissal be Entered*, docket entry #28, and respectfully requests this Honorable Court grant the requested extension of time to cure the $500.00 balance on the confirmed Plan payments to the Trustee, in the present case.

Page – 3 -
Debtor's Informative Motion
Re: Plan Arrears
Case no. 15-01588 BKT13

**I CERTIFY** that on this same date a copy of this motion was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of same to Jose Ramon Carrion Morales, Esq., Chapter 13 Trustee; and via regular mail to the debtor Jessica Rojas Escobar, PO Box 8460 Huamcao PR 00792.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 02nd day of September, 2016.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX NO 787-746-5294
Email: rfigueroa@rfclawpr.com



Breakdown for Combined Schedules

| Period | Date (Month/Year) | Payment Due | Payment Received | Amount Due |
|---|---|---|---|---|
| 1 | 4/2015 | $400.00 | $400.00 | $0.00 |
| 2 | 5/2015 | $400.00 | | $400.00 |
| 3 | 6/2015 | $400.00 | $400.00 | $400.00 |
| 4 | 7/2015 | $400.00 | $400.00 | $400.00 |
| 5 | 8/2015 | $400.00 | | $800.00 |
| 6 | 9/2015 | $400.00 | $1,200.00 | $0.00 |
| 7 | 10/2015 | $400.00 | $400.00 | $0.00 |
| 8 | 11/2015 | $400.00 | $400.00 | $0.00 |
| 9 | 12/2015 | $400.00 | | $400.00 |
| 10 | 1/2016 | $400.00 | $800.00 | $0.00 |
| 11 | 2/2016 | $400.00 | | $400.00 |
| 12 | 3/2016 | $400.00 | | $800.00 |
| 13 | 4/2016 | $400.00 | | $1,200.00 |
| 14 | 5/2016 | $400.00 | $1,000.00 | $600.00 |
| 15 | 6/2016 | $400.00 | $400.00 | $600.00 |
| 16 | 7/2016 | $400.00 | | $1,000.00 |
| 17 | 8/2016 | $400.00 | $400.00 | $1,000.00 |
| 18 | 9/2016 | | | $1,000.00 |

**Total Delinquent Amount: $1,000.00**