IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 15-01588 BKT

JESSICA ROJAS ESCOBAR

Chapter 13

XXX-XX-8889

**FILED & ENTERED ON 9/2/2016**

Debtor(s)

ORDER

The Trustee is to state his position as to Debtor's replies filed on 05/12/2016, docket No. 23 and on 06/15/2016, docket No. 27 within fourteen (14) days, due by 9/19/2016.

SO ORDERED.

In San Juan, Puerto Rico, this 2nd day of September, 2016.

Brian K. Tester
U.S. Bankruptcy Judge