**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**JESSICA ROJAS ESCOBAR**<br>**aka JESSICA ROJAS**<br><br>**xxx–xx–8889**<br><br>Debtor(s) | Case No. **15–01588 BKT**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 9/29/16 |

***ORDER***

Upon debtor's (s') reply (see docket entry #33), the motion to dismiss filed by Trustee (docket entry #22) is hereby denied.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Thursday, September 29, 2016 .

Brian K. Tester
United States Bankruptcy Judge