IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 15-01588 BKT |
| JESSICA ROJAS ESCOBAR | * | CHAPTER 13 |
| DEBTOR | * | |

## DEBTOR'S MOTION AND NOTICE OF FILING OF POST-CONFIRMATION MODIFICATION OF CHAPTER 13 PLAN 11 USC §1329

**TO THE HONORABLE COURT:**

**COMES NOW, JESSICA ROJAS ESCOBAR,** the debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting a post-confirmation modification of Chapter 13 Plan, 11 USC Section 1329, dated December06, 2016, herewith and attached to this motion.

2. This Plan modification is filed to provide for post-petition mortgage loan arrears owed to DLJ Mortgage (POC #01-1) to be paid through the Trustee ($8,628.00), pursuant to DLJ Mortgage's 362 motion for relief from stay, docket entry #38, increasing the Plan base to $33,000, accordingly.

### NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 3015(f)

Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Post Confirmation Modification 11 USC 1329
Case no. 15-01588 BKT13

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular mail to the debtor and to all creditors and interested parties (Non CM/ECF participants) appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 06th day of December, 2016.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

# United States Bankruptcy Court
## District of Puerto Rico

IN RE:                                      Case No. _____

**ROJAS ESCOBAR, JESSICA** _____ Chapter **13** _____
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.

2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: **12/06/2016** _____     ☐ AMENDED PLAN DATED: _____

☐ PRE ☑ POST-CONFIRMATION          Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| | | | | |
|---|---|---|---|---|
| $ | 400.00 x | 20 | = $ | 8,000.00 |
| $ | 625.00 x | 40 | = $ | 25,000.00 |
| $ | x | | = $ | |
| $ | x | | = $ | |
| $ | x | | = $ | |

TOTAL: $ _____ 33,000.00

Additional Payments:

$_____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:

_____
_____

☐ Other:

_____
_____

Periodic Payments to be made other than, and in addition to the above:

$_____ x _____ = $ _____

PROPOSED BASE: $ _____ 33,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ _____ **2,868.00**

Signed: **/s/ JESSICA ROJAS ESCOBAR**
_____
     Debtor

_____
     Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____

B. SECURED CLAIMS:

☐ Debtor represents no secured claims.

☑ Creditors having secured claims will retain their liens and shall be paid as follows:

1. ☑ Trustee pays secured ARREARS:

| Cr. **DLJ Mortgage Capit:** | Cr. **DLJ Mortgage Capit:** | Cr. _____ |
|---|---|---|
| # **2770015582620** | # **Post-Pet** | # _____ |
| $ **16,510.83** | $ **8,628.00** | $ _____ |

2. ☐ Trustee pays IN FULL Secured Claims:

| Cr. _____ | Cr. _____ | Cr. _____ |
|---|---|---|
| # _____ | # _____ | # _____ |
| $ _____ | $ _____ | $ _____ |

3. ☐ Trustee pays VALUE OF COLLATERAL:

| Cr. _____ | Cr. _____ | Cr. _____ |
|---|---|---|
| # _____ | # _____ | # _____ |
| $ _____ | $ _____ | $ _____ |

4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:

_____

5. ☐ Other:

_____

6. ☑ Debtor otherwise maintains regular payments directly to:
     **DLJ Mortgage Capit:**

C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)

D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.

1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
              ☐ Paid 100% / ☐ Other: _____

| Cr. _____ | Cr. _____ | Cr. _____ |
|---|---|---|
| # _____ | # _____ | # _____ |
| $ _____ | $ _____ | $ _____ |

2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
* Additional Attorneys Fees: The debtor requests that additional attorneys fees be paid through the modified Plan to debtor's counsel, in the sum of $350,00 to cover additional work performed concerning the present modified Plan.

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC** _____ Phone: **(787) 744-7699** _____

AMENDED CHAPTER 13 PAYMENT PLAN

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

Label Matrix for local noticing
0104-3
Case 15-01588-BKT13
District of Puerto Rico
Old San Juan
Tue Dec  6 12:19:31 AST 2016

DLJ MORTGAGE CAPITAL INC C/O MARJALIISA COLO
PO BOX 7970
PONCE, PR 00732-7970

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

Asociacion De Res Parque De Candelero
PO Box 7887
Guaynabo, PR  00970-7887

Autoridad De Carreteras De Puerto Rico
Centro Procesamiento Multas AutoExpresso
PO Box 11889
San Juan, PR  00922-1889

DLJ MORTGAGE CAPITAL,INC c/o Marjaliisa Colo
PO BOX 65250
Salt Lake City, UT 84165-0250

DLJ Mortgage Capital
Select Portfolio Servicing, Inc.
PO Box 65450
Salt Lake City, UT 84165-0450

Lcdo Wendell W Colon Munoz
Civil Num: HSCI2014-01123
PO Box 7970
Ponce, PR  00732-7970

Select Portfolio Servicing, Inc
PO BOX 65250
Salt Lake City, UT 84165-0250

JESSICA ROJAS ESCOBAR
PO BOX 8460
HUMACAO, PR 00792-8460

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)stat
EZ-Filing
20.0.1.4
i

End of Label Matrix
Mailable recipients    12
Bypassed recipients     1
Total                  13